David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendant Findlay Automotive, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SMITH and PHOLISITH BOUPHAPRASEUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FINDLAY AUTOMOTIVE, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:24-cv-01226-RFB-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT [LR IA 6-1]**<br><br>**(FIRST REQUEST)** |

Defendant Findlay Automotive, Inc., by and through its undersigned attorneys of record, hereby files this Unopposed Motion to Extend Time to Respond to Complaint. The Complaint in this action was filed on June 12, 2024 and the deadline for the response is July 15, 2024. This is the first request for an extension of time.

This Motion is based on LR IA 6-1, the following Memorandum of Points and Authorities, and all pleadings and papers already on file with the Court.

DATED this 17th day of July, 2024.

                                          **RICE REUTHER SULLIVAN & CARROLL, LLP**

                                          By: /s/ Anthony J. DiRaimondo
                                               David A. Carroll, Esq. (NSB #7643)
                                               Anthony J. DiRaimondo, Esq. (NSB #10875)
                                               Robert E. Opdyke, Esq. (NSB #12841)
                                               3800 Howard Hughes Parkway, Suite 1200
                                               Las Vegas, Nevada 89169
                                               *Attorneys for Defendant Findlay Automotive, Inc.*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On June 12, 2024, Plaintiffs individually and on behalf of all others similarly situated, filed the Complaint in this putative class action. On July 8, 2024, Defendant removed the Action to this Court. (Notice of Removal, ECF No. 1.) Based on the removal, the deadline to respond to the Complaint is July 15, 2024. Fed. R. Civ. P. 81(c)(2). The foregoing is the original response deadline and no extensions have been granted. This is the first request for an extension.

Pursuant to LR IA 6-1, Defendant seeks additional time, up to and including August 16, 2024, to respond to the Complaint based on the following:

First, given the complexities and breadth of the issues included in the Complaint, Defendant requires additional time to file its response. Defendant's research and investigation of its defenses has also been impacted by observance of the intervening July 4th holiday and other pre-existing scheduling commitments of Defendant and its counsel.

Second, some of the information necessary to respond to the Complaint is presently unavailable to Defendant and an extension of time would allow Defendant further opportunity to investigate and collect this information believed to be relevant to its defenses.

Lastly, Defendant has filed a Notice of Related Cases (ECF No. 2) for this case and Case No. 2:24-cv-01227-APG-BNW. Defendant has recently filed its Motion to Consolidate Actions. An extension of the deadline to respond to the Complaint will possibly afford this Court sufficient time to decide the Motion to Consolidate Actions and this will further judicial economy for the two actions moving forward.

Good cause exists to grant this Motion. This Motion is made in good faith and the request is not made in attempt to delay proceedings.

On July 12, 2024, the Court entered its Minute Order denying *without prejudice* a previously-filed Motion to Extend and ordering the parties to meet and confer. Counsel met and conferred on July 16, 2024 at 10:30 a.m. (pacific). An agreement was reached to extend the deadline to respond to the Complaint, up to and including August 16, 2024. Accordingly, Plaintiffs'

counsel, Nathan Ring, Esq., agreed that this Motion could be re-filed and designated as "Unopposed."

DATED this 17th day of July, 2024.

**RICE REUTHER SULLIVAN & CARROLL, LLP**

By: /s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Defendant Findlay Automotive, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2024

3