Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
Telephone: 725-235-9750
Email: LasVegas@StranchLaw.com

[*Additional counsel on signature page*]

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SMITH, PHOLISITH BOUPHAPRASEUTH, RYAN FARRELL, SUSAN STEVENS, and JAY SAX, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINDLAY AUTOMOTIVE, INC.,<br><br>    Defendant. | Case No. 2:24-cv-01226-RFB-EJY<br>*(Consolidated with Case No. 2:24-cv-01227-APG-BNW)*<br><br>**STIPULATION AND [*PROPOSED*] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

1

On August 29, 2024, Defendant Findlay Automotive, Inc. ("Defendant") filed motions to dismiss Plaintiffs Karen Smith, Pholisith Bouphapraseuth, Ryan Farrell, Susan Stevens, and Jay Sax's ("Plaintiffs") Amended-Consolidated Class Complaint and to stay discovery pending the Court's resolution of the motion to dismiss. ECF Nos. 27–28. The current deadline to respond to the motions is September 12, 2024. After conferring on current deadlines and an extended briefing schedule, Plaintiffs and Defendant (together "the Parties") now stipulate to and jointly request that the Court set the following briefing schedule for the pending motions:

1. Plaintiffs shall have until September 26, 2024, to respond to Defendant's motions (ECF No. 27 and 28).
2. Defendant shall have until October 17, 2024, to file reply briefs.
3. This request is based on the complexities and breadth of the issues raised in the two motions, the schedules of Plaintiffs' and Defendant's counsel in other matters, and in the interest of judicial economy.
4. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

WHEREFORE, the Parties jointly request that the Court enter the above briefing schedule.

Dated: September 6, 2024                        Respectfully Submitted,

                                                By: /s/ *Nathan R. Ring*
                                                Nathan R. Ring
                                                **STRANCH, JENNINGS & GARVEY, PLLC**
                                                3100 W. Charleston Boulevard, Suite 208
                                                Las Vegas, NV 89102
                                                Tel: (725) 235-9750
                                                lasvegas@stranchlaw.com

                                                Grayson Wells (TN 039658)*
                                                **STRANCH, JENNINGS & GARVEY, PLLC**
                                                The Freedom Center
                                                223 Rosa L. Parks Avenue, Suite 200
                                                Nashville, TN 37203
                                                Tel: (615) 254-8801
                                                gwells@stranchlaw.com
                                                *Pro hac vice*

2

Steven Sukert (FBN 1022912)*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
sukert@kolawyers.com
*Pro hac vice*

John J. Nelson (SBN 317598)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
*Pro hac vice*

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Anthony J. DiRaimondo*
Anthony J. DiRaimondo, Esq. (#10875)
David A. Carroll, Esq. (#10875)
Robert E. Opdyke, Esq. (#12841)
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
Tel: (702) 732-9099
adiraimondo@rrsc-law.com
dcarroll@rrsc-law.com
ropdyke@rrsc-law.com

*Attorneys for Defendant*

## ORDER

The foregoing stipulation is granted.

IT IS SO ORDERED

_____
**U.S. MAGISTRATE JUDGE**

**Dated: September 9, 2024**

3