# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SMITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　v.<br><br>FINDLAY AUTOMOTIVE, INC.,<br><br>　　Defendant. | Case No. 2:24-cv-01226-RFB-EJY<br>(*Consolidated with* Case No. 2:24-cv-01227-APG-BNW)<br><br>**STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Karen Smith, Pholisith Bouphapraseuth, Ryan Farrell, Susan Stevens, and Jay Sax and Defendant Findlay Automotive, Inc., by and through their undersigned attorneys of record, hereby stipulate to the dismissal with prejudice of the above-entitled action in its entirety, as to all parties and claims.

Dated: October 3, 2025　　　　　　　　　　　Respectfully submitted,

By: */s/ Steven Sukert*
Steven Sukert (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
sukert@kolawyers.com

Grayson Wells (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

John J. Nelson (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Plaintiffs' Interim Co-Lead Counsel*

By: */s/ David A. Carroll*
David A. Carroll
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, NV 89169
dcarroll@rrsc-law.com

*Counsel for Defendant Findlay Automotive, Inc.*

The foregoing Stipulation is **GRANTED**.

Therefore, **IT IS HEREBY ORDERED** that the of the above-titled action in is **DISMISSED with prejudice** in its entirety, as to all parties and claims. The Clerk of Court is instructed to close this case.

**DATED** this 3rd day of October, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STAETS DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, the foregoing document was filed via the Court's CM/ECF system and served thereby on all counsel of record.

*/s/ Steven Sukert*
Steven Sukert

4854-2800-9167, v. 1